# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135082

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY JAMES GREEN,
      Defendant-Appellant.

SC: 135082
COA: 279198
Livingston CC: 05-015243-FC

_____/

      On order of the Court, the application for leave to appeal the August 24, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

p1217